# IN THE MATTER OF FRANCIS DESFORGES, A LUNATIC

## 1807

### JOURNAL ENTRIES

1. Inquiry by jury ordered . . . . . . . *Journal, infra,* \*p. 104
2. Jurors; verdict . . . . . . . . . . . . . " 107
3. Decree . . . . . . . . . . . . . . . " 109
4. Inquiry by jury ordered . . . . . . . . . . " 183
5. Jurors; verdict . . . . . . . . . . . . " 183
6. Decree . . . . . . . . . . . . . . " 192

### PAPERS IN FILE

1. Petition of Innis and Grant . . . . . . . . . *Printed in Vol. 2*
2. Verdict . . . . . . . . . . . . . . " 
3. Rough draft of decree, (3) *supra* . . . . . . . . . . .
4. Guardian's bond . . . . . . . . . . . " 
5. Petition of Francis Desforges . . . . . . . . " 
6. Verdict . . . . . . . . . . . . . " 
7. Statement of accounts . . . . . . . . . . . .